ESTADOS UNIDOS DE NORTEAMERICA
TRIBUNAL FEDERAL
DISTRITO DE PUERTO RICO

RECEIVED & FILED
2008 FEB -4  AM 11: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MARGARITA FONSECA BERMUDEZ
399 CR 00256-1(PG)

## MOCION POR DERECHO PROPIO

COMPAREZCO ANTE ESE HONORABLE TRIBUNAL EXPONGO Y SOLICITO

EN MIL NOVECIENTOS NOVENTA Y NUEVE (1999) FUI SENTENCIADA
A CIENTO TREINTA Y CINCO (135) MESES EN PRISION.  ENTRE LOS
CARGOS SE ENCONTRABA EL DE BASE DE COCAINA CONOCIDO COMO CRACK.
DE LAS GUIAS DE SENTENCIA ME FUE APLICADO EL NIVEL TREINTA Y
DOS (32)

HE TENIDO CONOCIMIENTO QUE ESTE CARGO, BASE DE COCAINA,
18 USC 3582(c)(1)(a) 28 USC 994 ct, RECIBIO UNA REDUCCION DE
DOS (2) NIVELES EN LAS GUIAS DE SENTENCIA.

RESPETUOSAMENTE LE SOLICITO A ESE HONORABLE TRIBUNAL QUE
EXAMINE MI CASO Y DE TENER DERECHO A LA REDUCCION DE ESOS DOS
(2) NIVELES ASI ME SEAN ADJUDICADOS.

DE ESTO SER POSIBLE, YA ESTARIA CUMPLIDA MI SENTENCIA PUES
LLEVO NUEVE (9)½ AÑOS ENCARCELADA EN ADICION MI CONDUCTA HA SIDO
EXCELENTE, HE PARTICIPADO EN INNUMERABLES CURSOS OFRECIDOS EN
LA PRISION OBTENIENDO LOS CERTIFICADOS CORRESPONDIENTES.  EN
EL PASADO AÑO HE DISFRUTADO DE DOS PASES A MI HOGAR Y CONPARTIR
CON MI FAMILIA.

EN GUAYNABO, PUERTO RICO A LOS DIESIOCHO (18) DIAS DEL MES
DE ENERO 2008.

*Margarita Fonseca Bermúdez*
MARGARITA FONSECA BERMUDEZ
18157-069 -3c
METROPOLITAN DETENTION CENTER
APARTADO 2005
GUAYNABO, PUERTO RICO   00963